### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| EMW, INC., and<br>UNITED STATES OF AMERICA, for the<br>  use and benefit of EMW, Inc.,<br><br>                        **Plaintiffs**<br><br>    v.<br><br>CH2M HILL CONSTRUCTORS, INC., *et al.*<br><br>                        **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:15-cv-553-LMB/IDD<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff EMW, Inc., and defendants CH2M HILL Constructors, Inc., Fidelity and Deposit Company of Maryland, Liberty Mutual Insurance Company and Federal Insurance Company, by counsel, hereby stipulate pursuant to Fed. R. Civ. Proc. 41(a)(1) that all claims and counterclaims in this action shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

                                                  EMW, Inc.
                                                  By Counsel


                                                    /s/ Russell J. Gaspar
                                            Russell J. Gaspar, Va. Bar No. 15020
                                            rgaspar@cohenmohr.com
                                            Victor Klingelhofer, Va. Bar No. 22609
                                            vklingelhofer@cohenmohr.com
                                            Andrew K. Wible, Va. Bar No. 78168
                                            awible@cohenmohr.com
                                            COHEN MOHR LLP
                                            1055 Thomas Jefferson Street, N.W., Suite 504
                                            Washington, D.C.  20007
                                            (202) 342-2550
                                            (202) 342-6147 (facsimile)
                                            Attorneys for Plaintiff

                    CH2M HILL CONSTRUCTORS, INC.
                    FIDELITY AND DEPOSIT
                       COMPANY OF MARYLAND
                    LIBERTY MUTUAL INSURANCE COMPANY
                    FEDERAL INSURANCE COMPANY
                    By Counsel

                          /s/ David Wonderlick
                    Paul Varela, Va. Bar No. 30550
                    pvarela@vlmglaw.com
                    David Wonderlick, Va. Bar No. 74303
                    dwonderlick@vlmglaw.com
                    Michael Suga, Va. Bar No.  75891
                    msuga@vlmglaw.com
                    Rae D. Mueller, Va. Bar No. 85131
                    rmueller@vlmglaw.com
                    VARELA, LEE, METZ & GUARINO, LLP
                    1600 Tysons Blvd., Suite 900
                    Tysons Corner, Virginia  22102
                    (703) 454-0170
                    (703) 649-6240 (facsimile)
                    Attorneys for Defendants

SO ORDERED, this _____ day of _____, 201__.

                      Leonie M. Brinkema
                      United States District Judge