UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMW, INC., and <br> UNITED STATES OF AMERICA, for the <br>   use and benefit of EMW, Inc., <br><br> Plaintiffs <br><br> v. <br><br> CH2M HILL CONSTRUCTORS, INC., *et al.* <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:15-cv-553-LMB/IDD <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff EMW, Inc., and defendants CH2M HILL Constructors, Inc., Fidelity and Deposit Company of Maryland, Liberty Mutual Insurance Company and Federal Insurance Company, by counsel, hereby stipulate pursuant to Fed. R. Civ. Proc. 41(a)(1) that all claims and counterclaims in this action shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

                                                EMW, Inc.
                                                By Counsel

                                                _____/s/ Russell J. Gaspar_____
                                                Russell J. Gaspar, Va. Bar No. 15020
                                                rgaspar@cohenmohr.com
                                                Victor Klingelhofer, Va. Bar No. 22609
                                                vklingelhofer@cohenmohr.com
                                                Andrew K. Wible, Va. Bar No. 78168
                                                awible@cohenmohr.com
                                                COHEN MOHR LLP
                                                1055 Thomas Jefferson Street, N.W., Suite 504
                                                Washington, D.C.  20007
                                                (202) 342-2550
                                                (202) 342-6147 (facsimile)
                                                Attorneys for Plaintiff

CH2M HILL CONSTRUCTORS, INC.
FIDELITY AND DEPOSIT
   COMPANY OF MARYLAND
LIBERTY MUTUAL INSURANCE COMPANY
FEDERAL INSURANCE COMPANY
By Counsel

/s/ David Wonderlick
Paul Varela, Va. Bar No. 30550
pvarela@vlmglaw.com
David Wonderlick, Va. Bar No. 74303
dwonderlick@vlmglaw.com
Michael Suga, Va. Bar No. 75891
msuga@vlmglaw.com
Rae D. Mueller, Va. Bar No. 85131
rmueller@vlmglaw.com
VARELA, LEE, METZ & GUARINO, LLP
1600 Tysons Blvd., Suite 900
Tysons Corner, Virginia 22102
(703) 454-0170
(703) 649-6240 (facsimile)
Attorneys for Defendants

SO ORDERED, this 22nd day of December, 2015.

/s/
Leonie M. Brinkema
United States District Judge